## JONES v. STATE.   (No. 5469.)

(Court of Criminal Appeals of Texas.   June 25, 1919.)

CRIMINAL LAW ⚖➟1090(1)—APPEAL—RECORD.

A record which does not contain a statement of facts or bill of exceptions cannot be considered on appeal.

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

Sam Jones was convicted of burglary, and he appeals. Affirmed.

E. A. Berry, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary; his punishment being assessed at seven years' confinement in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. There is nothing in the record that can be considered in the condition in which this record is before us.

.The judgment will be affirmed.

---

## JONES v. STATE.   (No. 5468.)

(Court of Criminal Appeals of Texas.   June 25, 1919.)

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

Sam Jones was convicted of robbery, and he appeals. Affirmed.

E. A. Berry, Asst. Atty. Gen., for the State.

MORROW, J. Appellant is under conviction for the offense of robbery, with punishment fixed at confinement in the penitentiary for a period of 20 years.

The indictment appears regular, and there are no bills of exceptions or statement of facts.

The judgment is affirmed.